U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

DEC 17 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MARCUS LEE | CIVIL ACTION NO. 05-1907 |
| VERSUS | JUDGE DONALD E. WALTER |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | MAGISTRATE JUDGE HORNSBY |

### O R D E R

Before this Court is a Motion for Summary Judgment [Doc. #43] filed on behalf of defendant, Kansas City Southern Railway Company, pursuant to Federal Rule of Civil Procedure 56.

Finding that genuine issues of material fact remain in the case, **IT IS ORDERED** that defendant's Motion for Summary Judgment [Doc. #43] be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17th day of December, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE